# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134975

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARLON RASHAWN McCALEB,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134975
COA: 279253
Kent CC: 06-003680-FC

On order of the Court, the application for leave to appeal the August 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

p1217